UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TAYLOR BRANDS, LLC )
)
v. ) NO. 2:06-CV-16
)
SOG SPECIALTY KNIVES, INC. )

# **O R D E R**

This declaratory judgment action is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 28, 2008. The defendant has filed no objection to this report.

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 25], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to dismiss is **GRANTED**. [Doc. 17].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
     CLERK OF COURT